# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-2200

_____

Prentice Wheatley

*Plaintiff - Appellant*

v.

Michelle Smith; Stephen Craane; Keith Krueger; David Paulson; Nanette Larson;
Kathy Reid; Scott Schantzen; Jordan Buth; Sgt. Adam Murphy; Steve McCarty;
Mike McMahon; Steve Hammer; David Reishus; Vuthy Long

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 2, 2015
Filed: February 10, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Prentice Wheatley appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he asserted, among other claims, that various Minnesota Department of Corrections officials failed to protect him from harm. Upon careful de novo review, we conclude that the district court did not err in its summary judgment decision. See Schoelch v. Mitchell, 625 F.3d 1041, 1045-46 (8th Cir. 2010) (standard of review for grant of summary judgment; requirements of failure-to-protect claim). We also conclude that the district court's other adverse rulings were proper. See Elnashar v. Speedway SuperAmerica, LLC, 484 F.3d 1046, 1052 (8th Cir. 2007) (denial of motion to compel production of evidence is reviewed for gross abuse of discretion); Phillips v. Jasper Cnty. Jail, 437 F.3d 791, 794 (8th Cir. 2006) (denial of motion for appointment of counsel is reviewed for abuse of discretion).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota, now retired.

-2-